

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-19-00327-CV

**PLAINSCAPITAL BANK AND ALBERT CHAPA**,
Appellant

v.

Andy **HERNANDEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-712
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellant's Unopposed Motion for Extension of Time to File Notice of Appeal is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_____
Keith E. Hottle
Clerk of Court